UNITED STATES of America, Plaintiff–Appellee,

v.

Michael THOMPSON, Defendant–Appellant.

No. 16-6876

United States Court of Appeals, Fourth Circuit.

Submitted: October 18, 2016

Decided: October 21, 2016

Michael Thompson, Appellant Pro Se. Shailika S. Kotiya, William Glenn Perry, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Thompson appeals the district court's order denying relief on his motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Thompson, No. 4:08–cr–00057–D–1 (E.D.N.C. June 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and ar-

gument would not aid the decisional process.

AFFIRMED